# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 97-cv-00341-LTB-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WAYNE EMMET MCKILLOP,

    Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER, having come before the Court on a Stipulated Motion to Dismiss indicating the parties have settled this case, and the Court having considered said motion, it is hereby;

ORDERED that this matter is dismissed with prejudice.

Dated this 10th day of August, 2006.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Chief Judge